1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  ALICIA A. BOWER, State Bar No. 287799
   Supervising Deputy Attorney General
3  ARTHUR B. MARK III, State Bar No. 220865
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7345
6   Fax: (916) 324-5205
    E-mail: Arthur.Mark@doj.ca.gov
7  *Attorneys for Defendants*
   *J. Macomber, R. Hickethier, L. Gonzalez,*
8  *L. Parker A. Kent and R. Montes*

9                        IN THE UNITED STATES DISTRICT COURT

10                      FOR THE EASTERN DISTRICT OF CALIFORNIA

11                                   SACRAMENTO DIVISION

12

| | |
|---|---|
| **JANE DOE #2,**<br><br>  Plaintiff,<br><br>v.<br><br>**MARCUS JOHNSON, et al.,**<br><br>  Defendants. | Case No. 2:24-cv-01844 DJC AC<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge:        Honorable Dale A. Drozd<br>Trial Date:   None Set<br>Action Filed: July 1, 2024 |

   Plaintiff has filed proofs of service indicating that Defendants Macomber, Kent and Hickethier were served with summonses and the Complaint on August 7, 2024. (ECF No. 6) Plaintiff has filed proofs of service indicating that Defendants Montes, Parker and Gonzalez were served with summonses and the Complaint on August 2, 2024. (ECF No. 6.) Based on the dates of service, Defendants Montes, Parker and Gonzalez's responses to the Complaint are currently due August 23, 2024, and Defendants Macomber, Kent and Hickethier's responses are currently due August 28, 2024. Fed. R. Civ. P. 12(a)(1)(A)(i).

///

///

1

Plaintiff Jane Doe #2 and Defendants Macomber, Hickethier, Gonzalez, Parker, Kent and Montes ("Defendants"), by and through their attorneys, stipulate as follows.

1. Plaintiff and Defendants agree to extend the date for Defendants' responses to Plaintiff's operative complaint to September 27, 2024. Good cause for the extension exists as follows.

2. Due to the nature of the allegations, the number of defendants and number of claims, Defendants' counsel cannot reasonably review, investigate, and prepare appropriate responses to the operative complaint by the current deadlines. Defendants' counsel requires additional time to review and investigate Plaintiff's allegations, consult with his clients, and determine and prepare appropriate responses to the operative complaint. The extension will also allow the parties to meet and confer concerning any potential motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1)-(7) and Defendants' potential opposition to Plaintiff's pending motion to proceed under a pseudonym, ECF No. 3. Accordingly, the parties request the Court enter their stipulation and extend the time for Defendants Macomber, Hickethier, Gonzalez, Parker, Kent, and Montes to respond to Plaintiff's Complaint until September 27, 2024.

3. In addition, the parties are meeting and conferring on Plaintiff's motion to proceed under a pseudonym (ECF No. 3.) The parties request that the Court allow objections, if any, or a stipulation on Plaintiff's motion to be filed by September 27, 2024.

4. This stipulation does not apply to Defendant Marcus Johnson.

///
///
///
///
///
///
///
///
///

2

Stipulation and Order to Extend Time to Respond to Plaintiff's Operative Comp.  (2:24-cv-01844 DJC AC)

Dated: August 23, 2024            Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General


*/s/ Arthur B. Mark III*

ARTHUR B. MARK III
Deputy Attorney General
*Attorneys for Defendants*
J. Macomber, R. Hickethier, L. Gonzalez, L. Parker A. Kent and R. Montes


*/s/ Jenny C. Huang*

(as authorized August 23, 2024)
Jenny C. Huang
*Attorney for Plaintiff, Jane Doe #2*

3

Stipulation and Order to Extend Time to Respond to Plaintiff's Operative Comp. (2:24-cv-01844 DJC AC)

**ORDER**

Good cause appearing, the parties' stipulation is GRANTED.

The time for Defendants Macomber, Hickethier, Gonzalez, Parker, Kent and Montes to respond to Plaintiff's Complaint is extended to and including September 27, 2024.

Any opposition by Defendants to Plaintiff's pending motion to proceed under a pseudonym shall be filed by September 27, 2024.

This order does not apply to Defendant Marcus Johnson.

Dated: August 23, 2024                /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE

4

Stipulation and Order to Extend Time to Respond to Plaintiff's Operative Comp.  (2:24-cv-01844 DJC AC)