1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  ALICIA A. BOWER, State Bar No. 287799
   Supervising Deputy Attorney General
3  ARTHUR B. MARK III, State Bar No. 220865
   ZACHARY GLANTZ, State Bar No. 298936
4  Deputy Attorneys General
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013-1230
     Telephone:  (213) 269-6170
6    Fax:  (916) 731-3641
     E-mail:  Zachary.Glantz@doj.ca.gov
7  *Attorneys for Defendants L. Gonzalez, R. Hickethier,
   A. Kent, J. Macomber, R. Montes, and L. Parker*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JANE DOE #2,**<br><br>Plaintiff,<br><br>v.<br><br>**MARCUS JOHNSON, et al.,**<br><br>Defendants. | Case No. 2:24-cv-1844 DJC AC P<br><br>**STIPULATION ALLOWING PLAINTIFF TO PROCEED PSEUDONYMOUSLY AND [PROPOSED] ORDER**<br><br>Judge:  Honorable Allison Claire<br>Trial Date:  None Set<br>Action Filed:  July 1, 2024 |

Plaintiff Jane Doe #2 filed the complaint in this matter using a pseudonym and subsequently requested an order allowing her to proceed pseudonymously in public filings in this matter.  (Pl.'s Mot. for Administrative Relief to Proceed by Pseudonym, ECF No. 3.)  The Court granted Plaintiff's motion without prejudice to reconsideration after Defendants appeared.  (Order, ECF No. 13.)

Counsel for Defendants J. Macomber, R. Montes, R. Hickethier, L. Gonzalez, L. Parker, and A. Kent (Defendants) has been informed by Plaintiff's counsel of Plaintiff Jane Doe #2's true

1

name.[1]  While Defendants do not oppose Plaintiff proceeding pseudonymously in this proceeding, Defendants would oppose any related limitations on their ability to conduct discovery and investigate this matter, interference with the California Department of Corrections and Rehabilitation's (CDCR) ability to operate and maintain institutional security, or CDCR's or its employees' ability to assist or participate in any potential related criminal proceeding.

Plaintiff and Defendants Macomber, Montes, Hickethier, Gonzalez, Parker, and Kent therefore stipulate and agree as follows:

1. Plaintiff may proceed pseudonymously in this matter;

2. No party may use Plaintiff's true name in public filings or in open court in pretrial proceedings in this matter, and instead shall refer to Plaintiff as "Jane Doe #2";

3. Parties filing documents bearing Plaintiff's true name in the public record shall redact Plaintiff's true name;

4. If it is necessary to use Plaintiff's true name in a court filing, the filing party shall follow the procedures under Local Rule 141 and request that the document be filed under seal;

5. This stipulation does not limit the ability of the parties to use Plaintiff's true name and CDCR number in the course of their investigation and discovery in this matter, including but not limited to its use in interviews of potential witnesses, in correspondence as needed for litigation purposes, subpoenas to non-parties, and depositions.  This stipulation also does not address or limit the parties' use of Plaintiff's true name and CDCR number outside of, and not related to, this litigation, such as for purposes of CDCR's internal investigations, CDCR and prison operations, or any potential related criminal proceedings or external investigations;

6. This stipulation does not address the use of a pseudonym at any trial in this matter, which the parties will address in a separate pretrial filing at the appropriate time;

7. By agreeing to this stipulation, Defendants do not concede or admit the truth or accuracy of any of the statements, allegations, or claims contained in Plaintiff's motion or the Declaration of Jenny Huang submitted with that motion (ECF No. 3);

---

[1] Defendant M. Johnson has not yet appeared in this action, and the Office of the California Attorney General does not currently represent him.

8. Defendants and their attorneys agree that the true name of Jane Doe #2 shall not be disclosed to Defendant Johnson, in light of his non-appearance in this case to date. In the event that Defendant Johnson does appear in this action, Plaintiff's counsel will meet and confer with him and/or his attorney regarding Plaintiff's motion to proceed by pseudonym.

9. The right of Defendant Johnson to oppose Plaintiff proceeding under a pseudonym, should he appear in this matter, is not affected by this stipulation; and

10. The parties reserve the right to seek reconsideration or modification of this stipulation should future circumstances warrant it.

Dated:  September 19, 2024

      */s/ Jenny C. Huang*
(as authorized September 18, 2024)
Jenny C. Huang
Attorney for Plaintiff, Jane Doe #2

Dated:  September 19, 2024

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General
ARTHUR B. MARK III
Deputy Attorney General

*/s/ Zachary Glantz*

ZACHARY GLANTZ
Deputy Attorney General
*Attorneys for Defendants*
*J. Macomber, R. Montes, R. Hickethier, L. Gonzalez, L. Parker, and A. Kent*

**ORDER**

Good cause appearing, the parties' stipulation is GRANTED.  IT IS SO ORDERED.

DATED: September 20, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE