UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE #2, | No.  2:24-cv-1844 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| MARCUS JOHNSON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding through counsel, seeks relief pursuant to 42 U.S.C. § 1983 and state law.  By order filed October 7, 2024, the complaint was screened and plaintiff was given the option of amending the complaint or proceeding immediately on cognizable claims only.  ECF No. 17.  Plaintiff has now notified the court that she would like to amend the complaint.  ECF No. 18.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff shall have thirty days from the service of this order to file an amended complaint.  If plaintiff fails to file an amended complaint, the case will proceed on the original complaint, as screened, and it will be recommended that all non-cognizable claims be dismissed without prejudice.

DATED: October 21, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE