1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   ALICIA A. BOWER, State Bar No. 287799
    Supervising Deputy Attorney General
3   ARTHUR B. MARK III, State Bar No. 220865
    Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7345
6    Fax: (916) 324-5205
     E-mail: Arthur.Mark@doj.ca.gov
7   *Attorneys for Defendants*
    *J. Macomber, L. Gonzalez and R. Montes*

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10                        SACRAMENTO DIVISION

11

12

| | |
|---|---|
| 13  **JANE DOE #2,** | 2:24-cv-1844 DJC AC P |
| 14                    Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS GONZALEZ, MACOMBER, AND MONTES TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| 15      v. | |
| 16  **MARCUS JOHNSON, et al.,** | |
| 17                    Defendants. | **[PROPOSED] ORDER** |
| 18 | |
| 19 | Judge:        Hon. Allison Claire<br>Trial Date:   None set<br>Action Filed: July 1, 2024 |
| 20 | |

21                          **STIPULATION**

22        Pursuant to Federal Rule of Civil Procedure 6(b), the parties, by and through their attorneys

23   of record, stipulate as follows:

24        1.    Plaintiff Jane Doe #2 filed her operative First Amended Complaint on November 21,

25   2024 (ECF No. 20).

26        2.    On December 6, 2024, the Court issued its screening order regarding the Second

27   Amended Complaint and ordered Defendants L. Gonzalez, J. Macomber, and R. Montes

28                                    1

(Defendants)[1] to respond to the First Amended Complaint within 21 days of the filing of the order, making Defendants' initial deadline December 27, 2024 (ECF No. 21).

3.     On December 26, 2024, the Court granted the parties' stipulated request to extend the time for Defendants to respond to the Second Amended Complaint until January 24, 2025.  (ECF No. 24).

4.     Since that extension, the parties have met and conferred regarding the claims and allegations in Plaintiff's First Amended Complaint and grounds for a motion to dismiss by Defendants, including but not limited to, a challenge to Plaintiff's standing to pursue injunctive relief and whether Plaintiff complied with the California Government Claims Act.  Specifically, Defendants' counsel prepared and sent a letter to Plaintiff's counsel on January 17, 2025, outlining arguments for dismissal and the parties then conferred via video-conference on these grounds on January 22, 2025.  In addition, the parties are currently considering whether to pursue early ADR, and Defendants have agreed to provide some documents under a protective order to Plaintiff so that the parties may more fully evaluate Plaintiff's claims.  Accordingly, additional time to respond to the operative complaint is warranted to allow this exchange of information, including the preparation and entry of a protective order; for additional discussion of the viability of Plaintiff's claims against Defendants; and for the parties to more fully consider whether early ADR is appropriate for this matter.

5.     In addition, Defendants' counsel has been occupied with other matters.  Mr. Mark was out of the office from December 30, 2024 to January 10, 2025.  During Mr. Mark's absence, Mr. Glantz was required to work on other pressing matters, including reviewing and responding to seven motions for remand in seven separate matters.  And Mr. Glantz has been working to respond to an administrative subpoena in a matter involving the United States Department of Justice, which response is currently due January 24, 2025.

6.     The parties have conferred and agree that additional time to respond to the First Amended Complaint until February 28, 2025, will allow the parties time to exchange documents,

---

[1] The undersigned counsel does not represent Defendant Johnson.

2

1    conduct additional investigation concerning Plaintiff's claims, meet and confer further regarding

2    Plaintiff's claims, and consider whether early ADR is appropriate for this matter.

3         7.    Accordingly, the parties stipulate and respectfully request that Defendants L.

4    Gonzalez, J. Macomber, and R. Montes shall have up to and including February 28, 2025 to

5    respond to the First Amended Complaint.

6         **IT IS SO STIPULATED.**

7

8    Dated:  January 24, 2025               _/s/ Jenny C. Huang_____
                                          *(as authorized January 24, 2025)*

9                                              Jenny C. Huang
                                          Attorney for Plaintiff, Jane Doe #1

10

11   Dated:  January 24, 2025               ROB BONTA

12                                             Attorney General of California
                                          ALICIA A. BOWER

13                                             Supervising Deputy Attorney General
                                          ZACHARY GLANTZ

14                                             Deputy Attorney General

15                                             */s/ Arthur B. Mark III*_____

16                                             ARTHUR B. MARK III

17                                             Deputy Attorney General
                                          *Attorneys for Defendants L. Gonzalez, J.*

18                                             *Macomber, and R. Montes*

19   SA2024303521
    38736162.docx

20

21

22

23

24

25

26

27

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Good cause appearing, the parties' stipulation is **GRANTED**.  The deadline for Defendants Gonzalez, Macomber, and Montes to respond to Plaintiff's First Amended Complaint is hereby extended up to and including February 28, 2025.

**IT IS SO ORDERED.**

DATED: January 24, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

4