1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      JANE DOE #2,                              No.  2:24-cv-1844 DJC AC P

12                    Plaintiff,

13            v.                                  ORDER

14      MARCUS JOHNSON, et al.,

15                    Defendants.

16

17            Plaintiff and defendants Gonzalez, Macomber, and Montes[1] have filed a stipulated request

18     to refer this matter for an early settlement conference and to stay the case pending completion of

19     the settlement conference.  ECF No. 33.  The request will be granted.  However, to the extent the

20     parties indicate they may request an informal discovery conference to resolve any issues that arise

21     during their informal exchange of documents, they are advised that the court will not resolve any

22     discovery disputes prior to the commencement of formal discovery.  Because the exchange of

23     documents is informal and strictly voluntary, the parties may exchange documents, or not, at their

24     own discretion, and refusal to produce documents at this stage will not warrant court intervention.

25     The court further notes that the parties have requested the settlement conference take place in

26     May or June of 2025.  Id.  While the court will try to accommodate this request, scheduling of the

27

28     [1]  Defendant Johnson is not represented by counsel for defendants Gonzalez, Macomber, and
       Montes, and default was entered as to Johnson on January 30, 2025 (ECF No. 28).

                                                    1

1  settlement conference will ultimately depend upon the court's availability.

2      Once the settlement conference is scheduled, if plaintiff remains incarcerated, plaintiff's

3  counsel is responsible for providing plaintiff's name and CDCR number to the court at least five

4  weeks in advance so that a writ of habeas corpus ad testificandum may issue to secure plaintiff's

5  presence at the settlement conference.  Because plaintiff is currently proceeding as a Jane Doe,

6  such notification may be provided to the undersigned's courtroom deputy, Jonathan Anderson,

7  via email at janderson@caed.uscourts.gov, and the writ will be filed under seal or in redacted

8  form.

9      In accordance with the above, IT IS HEREBY ORDERED that:

10     1.  The parties' stipulated request for referral to an early settlement conference and a stay

11  of proceedings (ECF No. 33) is GRANTED.

12     2.  This action is referred for an early settlement conference with a magistrate judge of

13  this court.

14     3.  Formal discovery in this matter is stayed pending completion of an early settlement

15  conference.  The parties shall not engage in formal discovery but may elect to informally

16  exchange documents to facilitate settlement discussions.

17     4.  If a settlement is reached at any point during the stay of this action, the parties shall

18  file a Notice of Settlement in accordance with Local Rule 160.

19     5.  Defendants Gonzalez, Macomber, and Montes will respond to the First Amended

20  Complaint within thirty days of the date of the settlement conference if the parties are unable to

21  resolve the case.

22  DATED: April 9, 2025

23  _____
    ALLISON CLAIRE
24  UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2