UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE #2, | No. 2:24-cv-1844 DJC AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| MARCUS JOHNSON, et al., | |
| Defendants. | |

Plaintiff and defendants Gonzalez, Macomber, and Montes[1] have filed a stipulated motion to allow plaintiff to file a second amended complaint and request to set a scheduling conference. ECF No. 42. The stipulated request for leave to file an amended complaint will be granted. Upon filing of the amended complaint, the complaint will be screened and an initial case management conference will be set once defendants have answered the complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request to allow plaintiff to file a second amended complaint and to set a scheduling conference (ECF No. 42) is GRANTED.

2. Plaintiff shall have until October 17, 2025, to file a second amended complaint.

////

---

[1] Defendant Johnson, who is not represented by counsel, has not joined in the stipulation and is currently in default. ECF No. 28.

1

1      3.  An initial case management conference shall be set once defendants have answered
2 the complaint.
3 DATED: October 14, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE