ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
ARTHUR B. MARK III, State Bar No. 220865
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7345
 Fax: (916) 324-5205
 E-mail: Arthur.Mark@doj.ca.gov
*Attorneys for Defendants*
*J. Macomber, L. Gonzalez and R. Montes*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JANE DOE #2,**<br><br>Plaintiff,<br><br>v.<br><br>**MARCUS JOHNSON, et al.,**<br><br>Defendants. | Case No. 2:24-cv-1844 DJC AC P<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS GONZALEZ, MACOMBER, AND MONTES TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; AND**<br><br>**[PROPOSED] ORDER**<br><br>Judge:  Hon. Allison Claire<br>Trial Date:  None set<br>Action Filed:  July 1, 2024 |

Plaintiff Jane Doe #2 and Defendants Gonzalez, Macomber, and Montes[1] hereby stipulate as follows.

1. On October 17, 2025, Plaintiff filed her Second Amended Complaint (SAC). (ECF No. 45).

2. On October 23, 2025, the Court issued its order screening the SAC and ordering that Defendants Gonzalez, Macomber, and Montes respond to the SAC within twenty-one days,

---

[1] The undersigned counsel does not represent Defendant Johnson, and he has not yet appeared in this case.

1

which is November 13, 2025 (ECF No. 46).

    3.    The parties request that the time for Defendants Gonzalez, Macomber, and Montes to respond to the SAC be extended to November 19, 2025. Good cause for the extension exists, as the parties are meeting and conferring on grounds for a motion to dismiss the SAC and additional time is needed to accommodate those efforts and for Defendants to finish preparing and file any potential motion.

**IT IS SO STIPULATED.**

Dated: November 12, 2025

    **_Jenny C. Huang_**
(as authorized November 12, 2025)
Jenny C. Huang
Attorney for Plaintiff Jane Doe #1

Dated: November 12, 2025

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General
ZACHARY GLANTZ
Deputy Attorney General

**_/s/ Arthur B. Mark III_**

ARTHUR B. MARK III
Deputy Attorney General
*Attorneys for Defendants*
*L. Gonzalez, J. Macomber, and R. Montes*

2

Stip. Extend Time Respond Compl (2:24-CV-01844-DJC-AC (PC))

## [PROPOSED] ORDER

Good cause appearing, the parties' stipulation is granted as follows:

1. Defendants Gonzalez, Macomber, and Montes shall file their responses to Plaintiff's Second Amended Complaint on or before November 19, 2025.

**IT IS SO ORDERED**.

DATED: November 13, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3

Stip. Extend Time Respond Compl (2:24-CV-01844-DJC-AC (PC))